In the Matter of IRIS LUSTIG, an Infant, Appellant, against CITY OF NEW YORK, Respondent.— Appeal from an order denying the motion by an infant claimant for leave to file a late notice of claim, under section 50-e of the General Municipal Law. The infant was twelve years of age at the time of the happening of the accident upon which the claim is based. The application was made one day before the expiration of the year within which the application might have been made, and was denied on the authority of *Matter of Nori* v. *City of Yonkers* (300 N. Y. 632), on the ground that the failure to serve the notice in time was not by reason of the claimant's infancy. There was no other claim of disability. Order affirmed, without costs. No opinion. Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ., concur.

∎

LOUISE LOWENFISH, Respondent, v. MARTIN LOWENFISH, Appellant.— Judgment of separation upon the ground of cruel and inhuman treatment and decreeing alimony in the sum of $30 a week, unanimously affirmed, with costs. It is our opinion that under the circumstances disclosed by this record, the parties, although residing in the same apartment with their two children, have in fact been living separate and apart for several years. (*Pedersen* v. *Pedersen*, 107 F. 2d 227; *Donnelly* v. *Donnelly*, 272 App. Div. 779; *List* v. *List*, 186 Misc. 261, mod. 276 App. Div. 998; *Letts* v. *Letts*, 84 N. Y. S. 2d 236, mod. 273 App. Div. 958.) We do not approve the ruling of the majority of the court in *Berman* v. *Berman* (277 App. Div. 560) as applicable to the facts established by this record. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and MacCrate, JJ.

∎

MARION MARTIN, as Administratrix of the Estate of JOSEPH MARTIN, Deceased, et al., Respondents, v. SERGIO MUROLO, Appellant.— In an action to recover damages for personal injuries, order granting plaintiffs' motion for leave to serve a complaint after the expiration of the period within which service thereof had been demanded, and denying defendant's cross motion to dismiss for lack of prosecution, affirmed, without costs; the complaint, if not served heretofore, to be served within five days after entry of an order hereon. No opinion. Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ., concur.

∎

ELEANOR McALONEN, Respondent, v. JAMES F. McALONEN, Appellant.— In a separation action, order denying defendant's motion to modify the final judgment by reducing the amount of alimony which defendant was required to pay, and to cancel or reduce the amount of a bond which defendant had been directed to file to guarantee alimony payments, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ., concur.